# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00047-CV

### In re ATX Contigo, LLC and 2027 Anchor Lane LLC

## NO. 03-21-00048-CV

### In Re Brian Chilton Fine Furniture and Architectural Welding, LLC

### ORIGINAL PROCEEDINGS FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

In two separate petitions, relators ATX Contigo, LLC, 2027 Anchor Lane LLC, and Brian Chilton Fine Furniture and Architectural Welding, LLC filed sought mandamus relief from the trial court's denial of their joint motion for neuropsychological and psychological examinations of the real parties in interest. Having considered the parties' petitions, responses, and replies, we deny relators' petitions for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: March 5, 2021